IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MELISSA CHEN and DARIO SALAS, on behalf themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>  v.<br><br>GENESCO, INC. and HAT WORLD, INC. d/b/a LIDS,<br><br>         Defendants. | Case No. 18-cv-690-SEB-TAB |

## **STIPULATION AND ORDER OF FINAL JUDGMENT**

  WHEREAS, on January 22, 2020, after having approved the parties' Collective Action Settlement Agreement, the Court dismissed this action without prejudice, requiring that the parties notify the Court when all steps necessary to effectuate the settlement were completed, so that the Court could enter an Order of Final Judgment dismissing the matter in its entirety with prejudice (ECF No. 121); and

  WHEREAS, the parties state that all steps necessary to effectuate the settlement have been completed,

  NOW, THEREFORE, the Court enters this Order of Final Judgment dismissing this matter in its entirety with prejudice.

  IT IS SO ORDERED.

Date: 5/1/2020

                        SARAH EVANS BARKER, JUDGE
                        United States District Court
                        Southern District of Indiana

Distribution to counsel of record via CM/ECF